IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff | § | |
| | § | |
| v. | § | No. 4:22-CV-400 |
| | § | Judge Mazzant |
| 2017 FERRARI 488 SPYDER | § | |
| CONVERTIBLE | § | |
| Defendant | § | |

## MOTION FOR ENTRY OF CONSENT JUDGMENT

The United States respectfully requests entry of a consent judgment. The parties to this matter have resolved all issues in dispute and have filed with this motion all closing documents, including the proposed consent judgment of which entry is sought.

AGREED TO:

BRIT FEATHERSTON
UNITED STATES ATTORNEY

*/s/ Kevin McClendon*

KEVIN MCCLENDON
Assistant United States Attorney
Texas Bar No. 13408620
101 East Park Blvd., Suite 500
Plano, Texas 75074
(972) 509-1201
(972) 509-1209 (fax)
Dated: 10/11/2022

ATTORNEY FOR DEERE
EMPLOYEES CREDIT UNION

*/s/ Brett R. Marshall*

BRETT MARSHALL
DAVID C. WATERMAN
LANE & WATERMAN LLP
220 North Main Street, Suite 600
Davenport, Iowa 52801
Tel: 563.333.6648
Fax: 563.324.1616
Email: dcwaterman@l-wlaw.com
www.L-WLaw.com
Dated: 10/3/22

Motion for Entry of Consent Judgment - Page 1

ATTORNEY FOR TAYLOR
JUSTIN GATES

*[signature]*

RUSSELL TURKEL
15455 Dallas Pkwy, Suite 540
Addison, Texas 75001
Dated: **09/29/2022**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was served electronically by the Court's CM/ECF system on ~~September~~ October **13**, 2022.

*[signature]*

Kevin McClendon
Assistant United States Attorney

Motion for Entry of Consent Judgment - Page 2