IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff | § | |
| | § | |
| v. | § | No. 4:22-CV-400 |
| | § | Judge Mazzant |
| 2017 FERRARI 488 SPYDER | § | |
| CONVERTIBLE | § | |
| Defendant | § | |

## AGREED MOTION FOR ENTRY OF FINAL JUDGMENT OF FORFEITURE

The United States respectfully requests entry of a final judgment. The parties to this matter have resolved all issues in dispute and have filed with this motion all closing documents, including a proposed consent judgment of which entry is sought. Accordingly, upon entry of the consent judgment the United States requests that a final judgment be issued forfeiting 2017 Ferrari 488 Spyder Convertible VIN: ZFF80AMA9H0226322, to the United States, and requiring the United States, upon the sale of the Property, after the deduction of the expenses of preservation and sale of the Property, to pay an amount not to exceed $188,266.68 with a per diem of $11.38276 from and after July 13, 2022, to Deere Employee Credit Union from the proceeds of the sale of the Property, with any remaining proceeds forfeited to the United States.

AGREED TO:

BRIT FEATHERSTON
UNITED STATES ATTORNEY

*[signature]*

KEVIN MCCLENDON
Assistant United States Attorney
Texas Bar No. 13408620
101 East Park Blvd., Suite 500
Plano, Texas 75074
(972) 509-1201
(972) 509-1209 (fax)
Dated: 10/11/2022

ATTORNEY FOR DEERE
EMPLOYEES CREDIT UNION

*[signature]*

BRETT MARSHALL
DAVID C. WATERMAN
LANE & WATERMAN LLP
220 North Main Street, Suite 600
Davenport, Iowa 52801
Tel: 563.333.6648
Fax: 563.324.1616
Email: dcwaterman@l-wlaw.com
www.L-WLaw.com
Dated: 10/3/22

ATTORNEY FOR TAYLOR
JUSTIN GATES

*[signature]*

RUSSELL TURKEL
15455 Dallas Pkwy, Suite 540
Addison, Texas 75001
Dated: 09/29/2022

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was served electronically by the Court's CM/ECF system on ~~September~~ October 13, 2022.

*[signature]*

Kevin McClendon
Assistant United States Attorney

**Agreed Motion for Entry of Final Judgment of Forfeiture**
**Page 2**