IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff | § | |
| | § | |
| v. | § | No. 4:22-CV-400 |
| | § | Judge Mazzant |
| 2017 FERRARI 488 SPYDER | § | |
| CONVERTIBLE | § | |
| Defendant | § | |

**CONSENT JUDGMENT**

By agreement of the parties, and for good cause shown, it is ORDERED that:

The parties consent and agree to the forfeiture in favor of the United States of a 2017 Ferrari 488 Spyder Convertible VIN: ZFF80AMA9H0226322 (hereinafter, "the Property") and the United States agrees, upon the sale of the Property, after the deduction of the expenses of preservation and sale of the Property, to pay an amount not to exceed $188,266.68 with a per diem of $11.38276 from and after July 13, 2022, to Deere Employee Credit Union from the proceeds of the sale of the Property, with any remaining proceeds forfeited to the United States.. as outlined in the Stipulation and Settlement Agreement;

The Property is forfeited in its entirety to the United States, in accordance with 31 U.S.C. § 5317, and all claims and interests in and to the Defendant Property are forever foreclosed and barred and said property shall be disposed of according to law;

Consent Judgment - Page 1

The United States had probable cause and/or reasonable cause for the seizure of the defendant property herein, and this Judgment shall constitute a certificate of reasonable cause for the purposes of 28 U.S.C. § 2465;

All relief not specifically granted herein is denied;

The above-styled cause be and the same is hereby dismissed with prejudice, each party to bear its own fees and other expenses; and

This Court shall retain jurisdiction in this action for the purpose of enforcing the terms of the aforementioned Stipulation and Settlement Agreement.

**IT IS SO ORDERED.**

**SIGNED this 18th day of October, 2022.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE

Consented to:

BRIT FEATHERSTON
UNITED STATES ATTORNEY

*/s/ Kevin McClendon*

KEVIN MCCLENDON
Assistant United States Attorney
Texas Bar No. 13408620
101 East Park Blvd., Suite 500
Plano, Texas 75074
(972) 509-1201
(972) 509-1209 (fax)
Dated: 10/11/2022

ATTORNEY FOR DEERE
EMPLOYEES CREDIT UNION

*/s/ Brett R. Marshall*

~~DAVID C. WATERMAN~~ BRETT R. MARSHALL
LANE & WATERMAN LLP
220 North Main Street, Suite 600
Davenport, Iowa 52801
Tel: 563.333.6648
Fax: 563.324.1616
Email: dcwaterman@l-wlaw.com
www.L-WLaw.com
Dated: _____

ATTORNEY FOR TAYLOR
JUSTIN GATES

*/s/ Russell Turkel*

RUSSELL TURKEL
15455 Dallas Pkwy, Suite 540
Addison, Texas 75001
Dated: 09/29/2022

Consent Judgment - Page 3