IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff | § | |
| | § | |
| v. | § | No. 4:22-CV-400 |
| | § | Judge Mazzant |
| 2017 FERRARI 488 SPYDER CONVERTIBLE | § § | |
| Defendant | § | |

**FINAL JUDGMENT**

By agreement of the parties, and for good cause shown, it is ORDERED that: the 2017 Ferrari 488 Spyder Convertible VIN: ZFF80AMA9H0226322 (hereinafter, "the Property") is forfeited as to all parties and vesting all right, title, and interest in the Property to the United States, and directing the United States and/or the custodial agency to dispose of the property according to law. Upon the sale of the Property, after the deduction of the expenses of preservation and sale of the Property, the United States agrees to pay an amount not to exceed $188,266.68 with a per diem of $11.38276 from and after July 13, 2022, to Deere Employee Credit Union from the proceeds of the sale of the Property, with any remaining proceeds forfeited to the United States, as outlined in the Stipulation and Settlement Agreement.

The United States had probable cause and/or reasonable cause for the seizure of the Property herein, and this Judgment shall constitute a certificate of reasonable cause

for the purposes of 28 U.S.C. § 2465;

All relief not specifically granted herein is denied;

The Court shall retain jurisdiction in this action for the purpose of enforcing the terms of the aforementioned Stipulation and Settlement Agreement.

**IT IS SO ORDERED.**

SIGNED this 19th day of October, 2022.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE